JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RANGEL,<br><br>　　　　　　Plaintiff,<br>v.<br><br>TRANS UNION LLC,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-06776-SVW-MAA<br><br>Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO THE STIPULATION OF THE PARTIES AND WITH GOOD CAUSE APPEARING THEREFROM THE COURT HEREBY ORDERS AS FOLLOWS:

Plaintiff's Complaint is dismissed with prejudice. Plaintiff Crystal Rangel and Defendant Trans Union LLC shall each bear their own costs and attorneys' fees.

Date: October 30, 2025

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL
1